UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GEORGE SHOUN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CAUSE NO. 3:14-CV-463 RLM |
| | ) |
| BEST FORMED PLASTICS, INC., | ) |
| | ) |
| Defendant | ) |

ORDER

Noting that nothing remains pending in this action, the court DIRECTS the Clerk to enter judgment for Best Formed Plastics, Inc. based on the granting of the company's summary judgment motion on September 10, 2015.

SO ORDERED.

ENTERED:   September 14, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court