AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GEORGE SHOUN
        Plaintiff

v.     **Civil Action No.** 3:14-CV-463-RLM

BEST FORMED PLASTICS INC
        Defendant

### JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:  Judgment is entered in favor of Defendant Best Formed Plastics, Inc., and against Plaintiff George Shoun.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Robert L. Miller, Jr., on a Motion for Summary Judgment filed by Defendant.

DATE:  September 14, 2015          ROBERT N. TRGOVICH, CLERK OF COURT

                                                       by     s/L. Steinke
                                                           *Signature of Clerk or Deputy Clerk*